GEORGE W. SIMPSON, as Receiver of the Property of LOCKWHIT COMPANY, Appellant, *v.* GEORGE L. KUMPF, Respondent.

*Simpson* v. *Kumpf*, 167 App. Div. 926, affirmed.
(Argued October 26, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. Plaintiff sues as the receiver of the Lockwhit Company appointed in supplementary proceedings to recover the sum of $392.50, which is the unexpended balance of the sum of $9,000 transferred by the Lockwhit Company, the judgment debtor, to defendant and two others, as trustees, for the purpose of receiving the same and applying said sum proportionately on account of the debts of Lockwhit Company.

*Emilie M. Bullowa* and *Ferdinand E. M. Bullowa* for appellant.

*L. E. Schlechter* and *Jacob Zelenko* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.